CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 28 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TESHA CAMELLE JOYCE, | ) |
| Plaintiff, | ) Case No. 7:10CV00375 |
| v. | ) |
| | ) FINAL ORDER |
| C/O BYERS, ET AL., | ) By: Glen E. Conrad |
| | ) Chief United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 42 U.S.C. § 1997e(a) and 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 27nd day of September, 2010.

_____
Chief United States District Judge